Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff PAMOJA MILELE DAWSON

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMOJA MILELE DAWSON | CASE NO. 2:18-cv-335-CJC-KES |
| Plaintiff | |
| v. | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: 7/3/18

_____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

Order For Dismissal
1